UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION
www.flnb.uscourts.gov

IN RE:  DAVID B. MULLINIX                          Case No.: 18-10143-KKS
        KAY M. MULLINIX,

            Debtors.                               Chapter 13
_____/

### MOTION FOR ORDER CONFIRMING THAT
### NO STAY IS IN EFFECT

COME NOW Luis E. Garcia and Tania Garcia, (the "Movants") pursuant to 11 U.S.C. sections 362(c)(4)(A) and move this Court to enter an order confirming that no automatic stay is in effect in this case.  As grounds therefore Movants would show the Court as follows:

1. On February 20, 2017, David B. Mullinix and Kay M. Mullinix, aka K. Michele Mullinix, (the "Debtors") filed a voluntary petition for relief under Chapter 13, Title 11, U.S.C. and thereafter an order for relief was entered.  The case was assigned case number 17-10028-KKS.

2. On November 2, 2017, this Court entered an Amended Order Dismissing Case (Doc. 69).

3. On February 20, 2018, the Debtors filed a second voluntary petition for relief under Chapter 13, Title 11, U.S.C. and thereafter an order for relief was entered.  The case was assigned case number 18-10034-KKS.  This second case was dismissed on April 17, 2018 (Doc. 26).

4. On May 31, 2018, the Debtors filed this third voluntary petition for relief under Chapter 13, Title 11, U.S.C. and thereafter an order for relief was entered.  As both of the prior Chapter 13 cases (case no. 17-10028-KKS and 18-10034-KKS) were pending within

one year preceding the filing of the instant case, pursuant to 11 U.S.C. sec. 362(c)(4)(A), the automatic stay did not arise upon the filing of the instant case.

5. No party in interest has filed a motion to impose the automatic stay pursuant to 11 U.S.C. sec. 362(c)(4)(B). The deadline for the filing of any such motion expired on June 30, 2018.

6. At the time of the filing of the prior two cases and the instant case, Movants held a mortgage secured by real property (the "Property") which is the Debtors' principal residence. The address of the Property is 14004 NE State Road 26, Gainesville, Alachua County, Florida. Movants are owed in excess of $360,000.00.

7. The Movants are plaintiffs in a foreclosure proceeding pending in the Eighth Judicial Circuit Court of Alachua County, case no. 01-2015-CA-002421. A sale of the Property was scheduled prior to the filing of the two previous cases and prior to the filing of the instant case. Movants wish to proceed with the sale of the Property.

RUFF & COHEN, P. A.
4010 Newberry Road, Suite G
Gainesville, Florida  32607
Telephone No.: (352) 376-3601
Facsimile No.: (352) 378-1261
Attorneys for Luis E. Garcia and Tania Garcia

By: /s/ Lisa C. Cohen
    Lisa C. Cohen
    FL Bar #558291
    Lisacohen@bellsouth.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic mail via CM/ECF Leigh D. Hart at: ldhecf@earthlink.net; and to the Office of the U.S. Trustee at: USTPRegion21.TL.ECF@usdoj.gov on this 5th day of July, 2018 and by U.S. Mail, postage prepaid to the Debtors, David B. Mullinix and Kay M. Mullinix, 14004 NE SR 26, Gainesville, FL 32641 on the 5th day of July, 2018.

/s/ Lisa C. Cohen
Lisa C. Cohen