FORM orcnosty (03/14)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Gainesville Division

In Re: David Brian Mullinix
  aka David Brian Mullinix
  SSN/ITIN: xxx–xx–8625
   Debtor

Kay Michele Mullinix
  aka Kay Michele Monaghan
  SSN/ITIN: xxx–xx–9018
   Joint Debtor

Bankruptcy Case No.: 18–10143–KKS

Chapter: 13
Judge: Karen K. Specie

### ORDER GRANTING MOTION FOR DETERMINATION
### AND CONFIRMING THAT NO STAY IS IN EFFECT
### (RE: DOC. NO. 20)

THIS MATTER is before the Court on creditor Luis E. and Tania Garcia's motion for order confirming that no stay is in effect. The debtor(s) filed the petition in this case on May 31, 2018, within one year of the dismissal of the debtor(s)' previous bankruptcy case(s):

| Case No. | District Where Filed | Dismissed Date |
|---|---|---|
| 17–10028 | Florida Northern | 11/2/2017 |
| 18–10034 | Florida Northern | 4/17/2018 |

Pursuant to 11 U.S.C. § 362(c)(4), the automatic stay provided for under Section 362(a) does not go into effect upon the filing of a case by an individual who was a debtor in two or more cases within the preceding one year period, unless and until such a stay is imposed by the Court upon motion from a party in interest filed within thirty (30) days of the filing of the petition. No such motion having been granted, it is

**ORDERED:**

1. The motion is GRANTED.

2. The automatic stay provisions of Section 362(a) of the Bankruptcy Code are not in effect in this case.

**DONE AND ORDERED** at Tallahassee, Florida, July 6, 2018.

        /s/ Karen K. Specie
        Karen K. Specie
        U.S. Bankruptcy Judge

**Service:**