UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION
www.flnb.uscourts.gov

IN RE:  DAVID B. MULLINIX                    Case No.: 18-10143-KKS
        KAY M. MULLINIX,

            Debtors.                    Chapter 13
_____/

AMENDED[1] MOTION TO DISMISS WITH PREJUDICE (DOC. 22)

COME NOW Luis E. Garcia and Tania Garcia, ("Movants") pursuant to 11 U.S.C. §1307(c) and move this Court to enter an order dismissing this case with prejudice and barring the Debtors from filing any case under any Chapter of Title 11 for 180 days from the date of dismissal.  As grounds therefore Movants would show the Court as follows:

1.  On February 1, 2017, David B. Mullinix and Kay M. Mullinix, aka K. Michele Mullinix, (the "Debtors") filed a voluntary petition for relief under Chapter 13, Title 11, U.S.C.  The case was assigned case number 17-10028-KKS.

2.  The Debtors failed to confirm a plan prior to this Court's dismissal of the case on November 2, 2017 (Doc. 69).

3.  On February 20, 2018, the Debtors filed a second voluntary petition for relief under Chapter 13, Title 11, U.S.C. The case was assigned case number 18-10034-KKS. The Debtors failed to file any schedules or plan and this second case was dismissed on April 17, 2018 (Doc. 26).

4.  On May 31, 2018, the Debtors filed this third voluntary petition for relief under Chapter 13, Title 11, U.S.C.  As of this date, the Debtors have failed to file any

---

[1] Amended to correct filing date of Debtors' case no. 17-10028.

schedules or plan.  The Debtors failed to attend the 341 meeting of creditors scheduled for July 3.

5.   Movants hold a mortgage secured by real property (the "Property") on the Debtors' principal residence.  The address of the Property is 14004 NE State Road 26, Gainesville, Alachua County, Florida.  Movants are owed in excess of $360,000.00.

6. Movants are plaintiffs in a foreclosure proceeding pending in the Eighth Judicial Circuit Court of Alachua County, Florida, case no. 01-2015-CA-002421. Movants have been attempting to conclude a foreclosure sale of the Property and have scheduled three foreclosure sales, each of which was stayed when the Debtors filed a Chapter 13 case.  Movants have incurred significant legal fees, both in state court and in bankruptcy court, in addition to publication costs.

7.   On July 6. 2018, this Court entered an Order Granting Motion for Determination and Confirming That No Stay Is in Effect (Doc. 21). Movants are concerned that when the next foreclosure sale is scheduled, the Debtors will again attempt to halt the sale by filing another petition for relief.

8.   The filing of the three Chapter 13 cases within one year has created unreasonable delay that is prejudicial to Movants and to other creditors.  The filing of multiple cases, the failure to file schedules and a plan, and the Debtors failure to attend the creditors' meeting all support the conclusion that the Debtors are proceeding in bad faith.  Movants request that this Court dismiss the instant case with prejudice.  Movants further request that this Court bar the Debtors from filing any case under any chapter of

Title 11 in any bankruptcy court for 180 days from the date of dismissal.

RUFF & COHEN, P. A.
4010 Newberry Road, Suite G
Gainesville, Florida  32607
Telephone No.: (352) 376-3601
Facsimile No.: (352) 378-1261
Attorneys for Luis E. Garcia and Tania
Garcia

By: /s/ Lisa C. Cohen
    Lisa C. Cohen
    FL Bar #558291
    Lisacohen@bellsouth.net

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic mail via CM/ECF Leigh D. Hart at: ldhecf@earthlink.net; and to the Office of the U.S. Trustee at: USTPRegion21.TL.ECF@usdoj.gov on this 8th day of July, 2018 and by U.S. Mail, postage prepaid to the Debtors, David B. Mullinix and Kay M. Mullinix, 14004 NE SR 26, Gainesville, FL 32641 on the 8th day of July, 2018.

/s/ Lisa C. Cohen
Lisa C. Cohen