UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:                                          CASE NO.: 18-10143-KKS
                                                CHAPTER 13

DAVID BRIAN MULLINIX
KAY MICHELE MULLINIX

_____Debtors._____/

## CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

**NOTICE OF OPPORTUNITY TO
OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service plus an additional three (3) days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).

If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL 32301, and serve a copy on the Chapter 13 Trustee, Leigh D. Hart, at Post Office Box 646, Tallahassee, FL 32302, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Motion to Dismiss, and in support thereof states as follows:

1. The Debtor(s) filed this Chapter 13 case on May 31, 2018.

2. The Debtor(s) has failed to provide a copy of the 2017 United States Income Tax Return, or valid extension, and any applicable refund, to the Chapter 13 Trustee.

3. The Debtor(s) has failed to file a Chapter 13 Plan and Schedules with the United States Bankruptcy Court. The Trustee acknowledges that the Motion to Extend time is pending.

4. The Debtor(s) is delinquent in payments to the Chapter 13 Trustee. The Debtor(s) has failed to make any payments to the Trustee, as evidenced by a copy of the receipts attached.

5. The Debtor(s) failed to appear at the Section 341 hearing scheduled for July 3, 2018.

**WHEREFORE**, the Chapter 13 Trustee prays that this case be dismissed and for such other and further relief as the Court may deem appropriate.

**RESPECTFULLY SUBMITTED**.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
   OFFICE OF CHAPTER 13 TRUSTEE
   POST OFFICE BOX 646
   TALLAHASSEE, FL 32302
   ldhecf@earthlink.net
   (850) 681-2734 "Telephone"
   (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by the court's current CM/ECF notice of electronic filing or first class mail to:

DAVID BRIAN MULLINIX
14004 NE STATE RD 26
GAINESVILLE, FL 32641

KAY MICHELE MULLINIX
14004 NE STATE RD 26
GAINESVILLE, FL 32641

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
   OFFICE OF CHAPTER 13 TRUSTEE

July 20, 2018

**EXHIBIT**
IF BLANK, THERE ARE NO RECEIPTS

Receipts Paid:

| **DATE** | **AMOUNT** |
|---|---:|
| TOTAL AMOUNT PAID: | **0.00** |