UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:                                                          CASE NO.: 18-10143-KKS
                                                                CHAPTER 13
DAVID BRIAN MULLINIX
KAY MICHELE MULLINIX

____Debtors_____/

CHAPTER 13 TRUSTEE'S RESPONSE TO
LUIS E. GARCIA AND TANIA GARCIA'S MOTION TO DISMISS
WITH PREJUDICE (DOC. 23)

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Response to Luis E. Garcia and Tania Garcia's Amended Motion to Dismiss (Doc. 23), and states:

1. The Trustee has reviewed said Amended Motion to Dismiss.

2. Although this is the Debtor(s) third recent bankruptcy, the Debtor(s)' were represented by legal Counsel in the first case.

3. The Chapter 13 Trustee has filed a Motion to Dismiss (Doc. 28) for the following reasons:

a. For the Debtor(s) failure to file a Chapter 13 Plan and Schedules with

the United States bankruptcy Court;

    b.  for Failure to provide a copy of the 2017 United States Income Tax Return, or valid extension, and any applicable refund, to the Chapter 13 Trustee;

    c.  for failure to make any payments to the Trustee;

    d.  and for failure to appear at the 341 Meeting of Creditors held on July 3, 2018.

    4.  The Trustee believes the Luis E. Garcia and Tania Garcia's Amended Motion to Dismiss requires a factual finding by the Court.

**RESPECTFULLY SUBMITTED**.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
  OFFICE OF CHAPTER 13 TRUSTEE
  POST OFFICE BOX 646
  TALLAHASSEE, FL 32302
  ldhecf@earthlink.net
  (850) 681-2734 "Telephone"
  (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by the court's current CM/ECF notice of electronic filing or first class mail to:

DAVID BRIAN MULLINIX, PRO SE
14004 NE STATE RD 26
GAINESVILLE, FL 32641

KAY MICHELE MULLINIX, PRO SE
14004 NE STATE RD 26
GAINESVILLE, FL 32641

on the same date as reflected on the Court's docket as the electronic filing date for this document.

                        /s/Leigh D. Hart or
                        /s/William J. Miller, Jr.
                            OFFICE OF CHAPTER 13 TRUSTEE

September 4, 2018