UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION
www.flnb.uscourts.gov

IN RE:  DAVID B. MULLINIX                      Case No.: 18-10143-KKS
        KAY M. MULLINIX,

              Debtors.                          Chapter 13
_____/

Exhibit List of Luis and Tania Garcia, Movants
Hearing on Amended Motion to Dismiss With Prejudice (Doc. 23)
Hearing Date: September 5, 2018

Exhibit List

| Exh. # | Document Description | Date Identified | Date Admitted | With or Without Objection |
|--------|---------------------|-----------------|---------------|---------------------------|
| 1 | Proof of Claim #5 of Luis and Tania Garcia | 9/5/2018 | 9/6/2018 | W/O |
| 2 | Dockets in case nos. 17-10028; 18-10034; and 18-10143 | 9/5/2018 | ✓ | W/O |