FILED

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF FLORIDA

GAINESVILLE DIVISION

2018 SEP 20  P 1: 59

BANKRUPTCY COURT
NORTHERN DISTRICT FL

In Re:                                                                  Case Number: 18-10143

David B. Mullinix                                                    Chapter 13

Kay M. Mullinix

Debtor(s)

## MEMO TO THE COURT IN REFERENCE TO WILLFUL FILING

The debtor(s) respectfully pray that the court finds that the debtor(s) have not filed in a willful manner. The debtor(s) have filed Chapter 13 bankruptcy in order to reorganize our payments to protect our home, farm and our main source of income. In no way did we the debtor(s) intentionally file in a willful manner for the following reasons:

1) Prior to filing Chapter 13 the debtor(s) retained the services of Curtis Elmore as our Attorney for the foreclosure case. After having the case, Mr. Elmore handed the case over to James Cerveny who then represented us in the Foreclosure. After the Foreclosure case Mr. Cerveny advised to file Chapter 13 to keep our home and reorganize our payments. We followed his advice and several months into the case we were advised to voluntarily dismiss the case and he would re file the case on our behalf. In our thoughts it appeared as if the case was going well. We were advised to continue making payments to our mortgage holder Tania Garcia of which we did. The checks were returned to us after the first of the year. We were informed by Mr. Cerveny that the property was being scheduled for auction at which time we were also informed that he was ill and would not be able to represent us any longer in the future case. At this point in time we the debtor(s) have spent nearly $8000.00 toward legal fees. Due to the late nature of the notice, we the debtor(s) filed Chapter 13 on our own due to the fact that we could not retain new counsel. We the debtor(s) have found legal help paid or pro bono difficult to retain due to the fact that we have already filed on our own.

2) Health issues (Parkinson's Disease) and it's medications have made filing Pro Se extremely difficult due to the nature of the disease and side effects of the medications prescribed. Such side effects include, Confusion, hallucinations, delusions, compulsive behaviors, forgetfulness, memory, thinking, depression and insomnia.

1

3) Postal issues. We the debtor(s) had postal problems for several months and were not aware of the issue until late August when several outgoing packages disappeared over time of which the tracking numbers show the items in the system yet not scanned as picked up. Many incoming pieces of mail were not arriving either but was not realized until sometime later. Upon contacting and meeting with the Postmaster/Manager of Gainesville Main Street Station USPS this matter appears to have been resolved. We did not receive many types of mail to include court documents, prescription medications, college documentation and other miscellaneous mail.

4) Filing Pro Se has been difficult as we are both self employed at the farm which takes an incredible amount of time and Michele also has a part time working on full time job. At the time of writing this document we the debtor(s) have a meeting with an Attorney that may take our case on Monday, September, 24, 2018.

WHEREFORE, the Debtor(s) pray that this Court find that the debtor(s) have not filed in a willful manner and have all intentions of organizing and paying off our debts owed. We the debtor(s) further pray that this case not be dismissed and allow the debtor(s) all the protections under Chapter 13 Bankruptcy.

_____        _____        9-18-18
David B. Mullinix              Kay M. Mullinix                Date

David B. Mullinix

Kay M. Mullinix

14004 NE SR # 26

Gainesville, Florida 32641  Debtor(s)

2